FILED: July 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1917
(1:25-cv-02474-SAG)

---

JUSTIN KELLER; HAILEY KARDUX; PATRICIA BANDY; ALEXEI MACK; RICHARD RILEY

Plaintiffs - Appellees

v.

MONROE CAPITAL CORPORATION; MONROE CAPITAL BDC ADVISORS, LLC; MONROE CAPITAL MANAGEMENT ADVISORS, LLC

Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-02474-SAG |
| Date notice of appeal filed in originating court: | 07/13/2026 |
| Appellants | Monroe Capital Corporation, Monroe Capital BDC Advisors, LLC, Monroe Capital Management Advisors, LLC |
| Appellate Case Number | 26-1917 |
| Case Manager | J. Neal<br>804-916-2702 |