No. 26-1917

# United States Court of Appeals for the Fourth Circuit

PATRICIA BANDY,

*Plaintiff–Appellee*,

HALEY KARDUX; JUSTIN KELLER; ALEXEI MACK; AND RICHARD RILEY,

*Plaintiffs*,

*v.*

MONROE CAPITAL CORPORATION; MONROE CAPITAL BDC ADVISORS, LLC; AND MONROE CAPITAL MANAGEMENT ADVISORS, LLC,

*Defendants–Appellants*.

Appeal from the U.S. District Court
for the District of Maryland

## JOINT STATUS REPORT


Benjamin M. Mundel
Jacquelyn E. Fradette
Jacob Steinberg-Otter
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711
bmundel@sidley.com
jfradette@sidley.com
jacob.steinbergotter@sidley.com

Tyler J. Domino
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599
tdomino@sidley.com

*Counsel for Monroe Capital Corporation; Monroe Capital BDC Advisors, LLC; and Monroe Capital Management Advisors, LLC*

Drew LaFramboise
Lacey L. McMullan
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770
Tel: (301) 220-2200
Fax: (301) 220-1214
dlaframboise@jgllaw.com
lmcmullan@jgllaw.com

Thomas W. Keilty
(admission pending)
Nicholas C. Bonadio
(admission pending)
KEILTY BONADIO
3904 Boston Street
Suite 403
Baltimore, MD 21224
Tel: (410) 469-9953
tkeilty@kblitigation.com
nbonadio@kblitigation.com

*Counsel for Patricia Bandy*

**Joint Status Report**

On August 4, 2026, this Court placed this appeal in abeyance pending the district court's resolution of non-appellee plaintiffs' motion for reconsideration of an order compelling them to arbitration. Dkt. 16. The Court directed the parties "to file a status report by September 3, 2026, and every thirty days thereafter." *Id*.

There have been no additional filings or changes in the docket since the parties' Joint Status Report filed on September 3, 2026. *See* Dkt. 17. The motion for reconsideration was fully briefed as of August 28, 2026, and is pending resolution by the district court. The parties will file another status report once the district court resolves the motion, or otherwise in 30 days.

October 2, 2026

Respectfully submitted,


<u>*/s/ Tyler J. Domino*</u>
Tyler J. Domino
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 839-5300
Fax: (212) 839-5599
tdomino@sidley.com

Benjamin M. Mundel
Jacquelyn E. Fradette
Jacob Steinberg-Otter
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel.: (202) 736-8000
Fax: (202) 736-8711
bmundel@sidley.com
jfradette@sidley.com
jacob.steinbergotter@sidley.com

*Counsel for Monroe Capital Corporation; Monroe Capital BDC Advisors, LLC; and Monroe Capital Management Advisors, LLC*

<u>*/s/ Drew LaFramboise*</u>
Drew LaFramboise
Lacey L. McMullan
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD 20770
Tel: (301) 220-2200
Fax: (301) 220-1214
dlaframboise@jgllaw.com
lmcmullan@jgllaw.com

Thomas W. Keilty
(admission pending)
Nicholas C. Bonadio
(admission pending)
KEILTY BONADIO
3904 Boston Street
Suite 403
Baltimore, MD 21224
Tel: (410) 469-9953
tkeilty@kblitigation.com
nbonadio@kblitigation.com

*Counsel for Patricia Bandy*

## CERTIFICATE OF SERVICE

On October 2, 2026, I caused a copy of this status report to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Tyler J. Domino*
Tyler J. Domino